UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NINA HUTSON, :
:
Plaintiff, :
: 23-CV-8914 (JMF)
-v- :
: ORDER
HOME DEPOT U.S.A., INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's October 16, 2023 Order, ECF No. 7, Defendant was required to serve on Plaintiff a copy of that Order and of the Court's Individual Rules and Practices in Civil Cases, and to file such proof of service on the docket, by October 18, 2023.  To date, Defendant has not filed any such proof of service.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 17, 2023**.  Counsel for Plaintiff shall file a notice of appearance on the docket within two business days of such service.

     SO ORDERED.

Dated: November 16, 2023
       New York, New York
                                               JESSE M. FURMAN
                                       United States District Judge