UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NINA HUTSON, :
:
:
Plaintiff, :
: 23-CV-8914 (JMF)
-v- :
: ORDER
:
HOME DEPOT U.S.A., INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 20, 2023 Order, ECF No. 12, the parties were required to file a joint letter and a proposed Civil Case Management Plan and Scheduling Order by November 27, 2023, at 10:00 a.m.  To date, the parties have not filed the required documents.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 28, 2023**, at **noon**.

      SO ORDERED.

Dated: November 27, 2023
       New York, New York
                                              JESSE M. FURMAN
                                          United States District Judge