UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NINA HUTSON, :
:
:
Plaintiff, :
: 23-CV-8914 (JMF)
-v- :
: ORDER
:
HOME DEPOT U.S.A., INC., :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Any deposition of Defendant's sole witness should take place **within two weeks** of the date of this Order.  With the exception of that deposition and Plaintiff's responses to Defendant's requests following her deposition, fact discovery is otherwise closed.

- The deadline for expert discovery is hereby EXTENDED to **September 5, 2024**.  The parties should not expect any further extensions.

- Any motion for summary judgment — though it currently appears unlikely that there will be one — shall be filed **within 30 days of the close of fact discovery, or by October 7, 2024**.  If neither party moves for summary judgment, the parties shall instead file a proposed joint pretrial order and all other required pretrial filings in accordance with Paragraph 6 of the Court's Individual Rules and Practices for Civil Cases **by the same date**.

- By separate Order entered today, the Court will refer the parties to the Court-annexed Mediation Program.  Any mediation should occur **no later than 14 days after the close of expert discovery, or by September 19, 2024**.

SO ORDERED.

Dated: May 29, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge