```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
NINA HUTSON,                                                      :
                                                                  :
                          Plaintiff,                              :
                                                                  :
             -v-                                                  :    23-CV-8914 (JMF)
                                                                  :
                                                                  :         ORDER
                                                                  :
HOME DEPOT U.S.A., INC.,                                          :
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On August 12, 2024, the parties filed a proposed Joint Pretrial Order in which they indicated that the "consent to trial by a Magistrate Judge." ECF No. 35, at 5. If that is the case, the parties shall, **no later than August 22, 2024**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/node/754. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If the case has not be reassigned to a Magistrate Judge in light of the foregoing, the parties shall appear for a conference with the Court on **August 29, 2024**, at **3:00 p.m.** to discuss the next steps in this case. (For avoidance of doubt: If the parties file the consent form, and the case is reassigned to a Magistrate Judge before that date, the conference will be canceled and the parties should seek guidance from the Magistrate Judge about next steps.) The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

    SO ORDERED.

Dated: August 13, 2024
       New York, New York

_____
JESSE M. FURMAN
United States District Judge